M. P. No. 76-92. PAWTUCKET-BLACKSTONE VALLEY CHAMBER OF COMMERCE, INC. *et al. v.* EDWARD W. BURMAN *et al.* Motion of the Rhode Island Consumers' Council is denied, without prej-

udice. *John F. Sherlock, Jr.,* for petitioners. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents. *Roberts & Willey Incorporated, Dennis J. Roberts II,* for Rhode Island Consumers' Council.